

**Claims Register as of 7/1/2026**
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | City | State | Zip | Date Filed | Total Amount | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1572 | Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Rebecca Estonilo | PO Box 2952 | Sacramento | CA | 95812-2952 | 10/31/2023 | $800.00 | | | $800.00 | |
| 1598 | Nancy Navarini | | Address on File | | | | | 11/08/2023 | $0.00 | | | | Expunged |
| 1681 | Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Rebecca Estonilo | PO Box 2952 | Sacramento | CA | 95812-2952 | 12/14/2023 | $800.00 | | | $800.00 | |
| 2953 | Michael Kelly | | Address on File | | | | | 02/19/2024 | $0.00 | | | | Expunged |

 STRETTO

**Claims Register as of 7/1/2026**
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | City | State | Zip | Date Filed | Total Amount | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1572 | Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Rebecca Estonilo | PO Box 2952 | Sacramento | CA | 95812-2952 | 10/31/2023 | $800.00 | | | $800.00 | |
| 1681 | Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Rebecca Estonilo | PO Box 2952 | Sacramento | CA | 95812-2952 | 12/14/2023 | $800.00 | | | $800.00 | |
| 2953 | Michael Kelly | | Address on File | | | | | 02/19/2024 | $0.00 | | | | Expunged |
| 1598 | Nancy Navarini | | Address on File | | | | | 11/08/2023 | $0.00 | | | | Expunged |